UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HITACHI AMERICA, LTD., et al.,<br><br>        Defendants. | Case No. 07-cv-05944-JST<br>           17-cv-04607-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 6335, 16 |

Pursuant to the Order Granting Final Approval of Class Action Settlement with Defendant Mitsubishi Electric Corporation signed November 6, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, November 6, 2023

                                              Mark B. Busby
                                              Clerk, United States District Court

                                              By: _____
                                              Mauriona Lee, Deputy Clerk to the
                                              Honorable JON S. TIGAR